UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MICHAEL MULROONEY,                  :

       Plaintiff,                   :         **ORDER**

       -against-                    :         13 Cv. 6387 (JPO)(MHD)

POLICE OFFICER ORTIZ et al.,        :

       Defendants.                  :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **WEDNESDAY, FEBRUARY 26, 2014, at 11:00 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
      December 20, 2013

                                  SO ORDERED.

                                  _____
                                  MICHAEL H. DOLINGER
                                  UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

Baree Nichole Fett, Esq.
Harvis, Wright, Saleem & Fett LLP
305 Broadway, 14th Floor
New York, NY 10007
Fax: (212) 323-6881

Vicki Becker Zgodny, Esq.
New York City Law Department
100 Church Street Rm 3-154
New York, NY 10007
Fax: (212) 788-9776